UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                    Case No. 3:13cr25-MCR

**GARY WAYNE THOMAS**

_____/

**FINAL ORDER FORFEITING SUBSTITUTE PROPERTY**

This matter came before the Court on the United States' Motion for Issuance of a Final Order of Forfeiture for Substitute Assets as to All Persons and Entities, pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p), to act as partial satisfaction of the $4,970,000 monetary judgment and other outstanding obligations due and owing by defendant Gary Wayne Thomas.  (Doc. 243).

AND WHEREAS, on or about April 15, 2014, this Court entered an Order Forfeiting Substitute Property, which forfeited defendant Gary Wayne Thomas' right, title and interest in the property identified below.  (Doc 229).

**A. Cashier's Check from Regions Bank in the amount of $32,696.45; and**

**B. Cashier's Check from Wells Fargo Bank in the amount of $888.32.**

Said motion and the facts and citations included therein are incorporated by reference. (Doc. 229).

AND WHEREAS, as a result, the United States caused to be published a Notice of Forfeiture on the United States official forfeiture website, www.forfeiture.gov, which advised all third parties of their right to petition the Court within sixty days of the first day of publication on www.forfeiture.gov for a hearing to adjudicate the validity of their alleged legal interest in the aforementioned property.  (Doc. 238).

AND WHEREAS, a notice of forfeiture was directly mailed to Jack and Lilly Gardner, and was delivered via certified mail on May 3, 2014.  (Doc. 243, Exhibit A).

AND WHEREAS, since that time, no person or entity has made any claim to or declared any interest in said property, and the time for filing petitions has expired.

AND WHEREAS, that as of today, the defendant owes a total of approximately $5,952,093.60, which consists of approximately $979,455.60 in restitution, $4,970,000 on the monetary judgment, and $2,638 for the special monetary assessments;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That all right, title and interest in the below property:

A. **Cashier's Check from Regions Bank in the amount of $32,696.45, with any interest accrued thereon; and**

B. **Cashier's Check from Wells Fargo Bank in the amount of $888.32, with any interest accrued thereon.**

is condemned, forfeited and vested in the United States of America.  That said property is forfeited as substitute assets of Gary Wayne Thomas to satisfy the financial obligations owed by Gary Wayne Thomas in this criminal case.

2. That all interest accrued is further forfeited to the government.

3. That no person or entity has established that they have any legal right, title, or interest in said property forfeited to the United States of America, and said forfeitures are now final.

4. That the United States Marshals Service and/or the Internal Revenue Service - CI shall dispose of said property in accordance with law.

**IT IS SO ORDERED** this 4th day of May, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**